ACCEPTED
04-15-00096-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
9/30/2015 3:33:22 PM
KEITH HOTTLE
CLERK

IN THE COURT OF APPEALS
FOURTH COURT OF APPEALS DISTRICT

| | | |
|---|---|---|
| ALS 88 DESIGN BUILD, LLC | § | |
| | § | |
| v. | § | No. 04-15-00096-CV |
| | § | |
| MOAB CONSTRUCTION | § | |

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
9/30/2015 3:33:22 PM
KEITH E. HOTTLE
Clerk

**APPELLANT'S MOTION FOR EXTENSION OF TIME TO FILE REPLY BRIEF**

TO THE HONORABLE JUSTICES OF THE COURT:

Appellant's Reply Brief is due to be filed on September 30, 2015. Appellant requests a 7 day extension of time to file its Reply Brief. Appellant's counsel needs additional time to fully address the response brief and legal authorities raised therein for each of the issues presented. Appellant requests an extension to and including Wednesday, October 7, 2015.

Respectfully submitted this the 30th day of September, 2015.

**Law Office of Regina Bacon Criswell**
Carriage Place
7803 Bent Briar
San Antonio, Texas 78250
(210) 775-1155 (ofc)
(210) 251-2071 (fax)

By: */S/Regina Bacon Criswell*
    SBN: 01496580
    *Attorney for Appellants*

**CERTIFICATE OF SERVICE**

This is to certify that a true and correct copy of the above and forgoing was served in accordance with the Texas Rules of Appellate Procedure on the persons listed below in the manner indicated.

Tom Hall                    Via e-file
*Attorney for MOAB Construction Company, Inc.*

 */S/Regina Bacon Criswell*
REGINA B. CRISWELL